IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| ATLAS PARTNERS II, | ) | |
| LIMITED PARTNERSHIP, and | ) | Case No. 4:05CV00001 |
| 1123, LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | By: Jackson L. Kiser |
| BRUMBERG, MACKEY & WALL, PLC | ) | Senior United States District Judge |
| and | ) | |
| MARK A. BLACK, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Before me now is Defendants' Brumberg, Mackey & Wall, PLC and Mark A. Black's ("Defendants") Motion for Summary Judgment as to all five counts in Plaintiffs' Atlas Partners II, LP and 1123, LLC's Complaint. For the reasons set forth in the accompanying Memorandum Opinion, Defendants' Motion is **GRANTED** in part and **DENIED** in part.

The Clerk is directed to send a copy of this Order to all counsel of record.

Entered this 6th day of January, 2006.

                                              s/Jackson L. Kiser
                                              Senior United States District Judge