IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| ATLAS PARTNERS II, L.P., et al., | Case No. 4:05CV00001 |
| Plaintiffs, | |
| | **ORDER** |
| v. | |
| BRUMBERG, MACKEY & WALL, P.L.C. et al., | By: Jackson L. Kiser<br>Senior United States District Judge |
| Defendants. | |

Before me now are Defendants Brumberg, Mackey, & Wall, P.L.C. and Mark Black's (collectively, "Defendants") Second Motion in Limine [Dkt. Nos. 80, 81], Defendants' First Motion to Amend/Correct Answer [Dkt. No. 99], and Plaintiff Atlas Partners II, L.P.'s Motion for Extension of Time to File Expert Witness Disclosures [Dkt. No. 29]. Since that time, the parties have reached a full and complete settlement in this case. Therefore, these motions are dismissed as **MOOT**.

The Clerk of the Court is hereby directed to send a certified copy of this ORDER to all counsel of record.

Entered this 31st day of March, 2006.

                                                                                    s/Jackson L. Kiser
                                                                                    Senior United States District Judge